# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

In Re Grand Jury 03-2

~~CASE~~ CASE 05-20136 ✓
~~MISC.~~ NO: 05-20135
05-20134

## ORDER SEALING INDICTMENTS

This cause came on to be heard this date upon oral motion of the United States for an order sealing Indictment Numbers G.J. 1160, G.J. 1161 and G.J. 1162; and

**IT SATISFACTORILY APPEARING TO THE COURT** that the motion is well taken and should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that Indictment Numbers G.J. 1160, G.J. 1161 and G.J. 1162 are hereby sealed pending further order of the Court.

ENTER THIS 14 DAY OF APRIL, 2005.

_____
JON PHIPPS McCALLA
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

(2)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CR-20136 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT