# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           CR. NO. <u>05-20136-B</u>

KIMMO RAYMOND WILSON

---

### ORDER UNSEALING INDICTMENT

---

This cause came on to be heard this date upon oral motion of the United States for an order unsealing Indictment Number 05-20136-B; and

**IT SATISFACTORILY APPEARING TO THE COURT** that the motion is well taken and should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that Indictment Number 05-20136-B is hereby unsealed.

ENTER THIS 18th DAY OF APRIL, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20136 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT