UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division



UNITED STATES OF AMERICA

-vs-

Case No. 05cr20136-B

**KIMMO RAYMOND WILSON**

## ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- A Federal Public Defender is appointed as counsel for the defendant.

### TYPE OF APPOINTMENT

*The defendant is ordered to make **$100.00** monthly payments due the first business day of every month to the Clerk of Court to assist in the cost of Court appointed representation. First payment is due **Monday, May 2, 2005.***

**DONE** and **ORDERED** in 167 North Main, Memphis, TN this _____ day of April, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
Financial Deputy
**KIMMO RAYMOND WILSON**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20136 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT