IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 19 PM 5: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 05-20136-B |
| KIMMO RAYMOND WILSON, | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came to be heard on December 19, 2005, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, Kimmo Raymond Wilson, appearing in person, and with counsel, Pat Brown, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, APRIL 4, 2006, at 9:00 A.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

Defendant is REMANDED to the custody of the U.S. Marshal.

**ENTERED** this the 19th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20136 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT